United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-12592-pmm
Rachael L. Moyer  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: May 20, 2021      Form ID: trc      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 13981670 | + | LSF9 Master Participation Trust, Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 22, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor LSF9 Master Participation Trust andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Rachael L. Moyer tobykmendelsohn@comcast.net |
| BRIAN THOMAS LANGFORD | on behalf of Creditor LSF9 Master Participation Trust PitEcf@weltman.com |
| JEROME B. BLANK | on behalf of Creditor LSF9 Master Participation Trust paeb@fedphe.com |
| KEVIN M. BUTTERY | on behalf of Creditor LSF9 Master Participation Trust cdigianantonio@rascrane.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: May 20, 2021 | Form ID: trc | Total Noticed: 1

MARIO J. HANYON
    on behalf of Creditor LSF9 Master Participation Trust wbecf@brockandscott.com  wbecf@brockandscott.com

NATHALIE PAUL
    on behalf of Creditor LSF9 Master Participation Trust npaul@weltman.com  pitecf@weltman.com

REBECCA ANN SOLARZ
    on behalf of Creditor LSF9 Master Participation Trust bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SARAH ELISABETH BARNGROVER
    on behalf of Creditor LSF9 Master Participation Trust amps@manleydeas.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-12592-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Rachael L. Moyer
125 Penn Street
Bernville PA 19506

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/19/2021.

Name and Address of Alleged Transferor(s):

Claim No. 4: LSF9 Master Participation Trust, Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134

Name and Address of Transferee:

LSF9 Master Participation Trust
Serviced by Select Portfolio Servicing,
PO Box 65250
Salt Lake City, UT 84165

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   05/22/21

Tim McGrath
**CLERK OF THE COURT**