| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-12592-PMM**

RACHAEL L. MOYER
125 PENN STREET
BERNVILLE  PA    19506

Petition Filed Date: 04/12/2017
341 Hearing Date: 06/13/2017
Confirmation Date: 11/09/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/07/2020 | $5,000.00 | | 05/29/2020 | $747.00 | | 07/27/2020 | $750.00 | |
| 07/30/2020 | $750.00 | | 10/08/2020 | $750.00 | | 01/04/2021 | $600.00 | |
| 03/05/2021 | $600.00 | | 03/24/2021 | $600.00 | | 03/31/2021 | $600.00 | |
| 04/28/2021 | $600.00 | | 05/26/2021 | $600.00 | | | | |

**Total Receipts for the Period: $11,597.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $34,373.58**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 3 | ATLAS ACQUISITIONS LLC<br>»» 003 | Unsecured Creditors | $6,857.11 | $0.00 | $6,857.11 |
| 2 | BRANCH BANKING & TRUST CO<br>»» 002 | Mortgage Arrears | $464.33 | $259.57 | $204.76 |
| 4 | SELECT PORTFOLIO SERVICING INC<br>»» 004 | Mortgage Arrears | $40,362.83 | $23,935.34 | $16,427.49 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $807.97 | $807.97 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $48.75 | $0.00 | $48.75 |
| 5 | MENDELSOHN & MENDELSOHN PC<br>»» 005 | Attorney Fees | $3,375.00 | $3,375.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,250.00 | $1,250.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,300.00 | $1,300.00 | $0.00 |

**Chapter 13 Case No. 17-12592-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $34,373.58 | Current Monthly Payment: | $596.00 |
| Paid to Claims: | $30,927.88 | Arrearages: | ($24.00) |
| Paid to Trustee: | $2,897.54 | Total Plan Base: | $60,026.98 |
| Funds on Hand: | $548.16 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.