United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-12592-pmm |
| Rachael L. Moyer | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 08, 2022 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 14608893 | + | LSF9 Master Participation Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14608893 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 08 2022 23:58:00 | LSF9 Master Participation Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 10, 2022 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | |
| | on behalf of Creditor LSF9 Master Participation Trust amps@manleydeas.com |
| ANDREW L. SPIVACK | |
| | on behalf of Creditor LSF9 Master Participation Trust andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| BRENNA HOPE MENDELSOHN | |
| | on behalf of Debtor Rachael L. Moyer tobykmendelsohn@comcast.net |
| BRIAN THOMAS LANGFORD | |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 08, 2022 | Form ID: trc | Total Noticed: 1 |

        on behalf of Creditor LSF9 Master Participation Trust PitEcf@weltman.com

JEROME B. BLANK
        on behalf of Creditor LSF9 Master Participation Trust paeb@fedphe.com

KEVIN M. BUTTERY
        on behalf of Creditor LSF9 Master Participation Trust cdigianantonio@rascrane.com

LISA MARIE CIOTTI
        on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

MARIO J. HANYON
        on behalf of Creditor LSF9 Master Participation Trust wbecf@brockandscott.com mario.hanyon@brockandscott.com

NATHALIE PAUL
        on behalf of Creditor LSF9 Master Participation Trust npaul@weltman.com pitecf@weltman.com

REBECCA ANN SOLARZ
        on behalf of Creditor SELECT PORTFOLIO SERVICING INC. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
        on behalf of Creditor LSF9 Master Participation Trust bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

ROLANDO RAMOS-CARDONA
        on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT DAVID FINK
        on behalf of Creditor Jared Galleria of Jewelry sfink@weltman.com

SCOTT F. WATERMAN (Chapter 13)
        ECFMail@ReadingCh13.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 15

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-12592-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Rachael L. Moyer
125 Penn Street
Bernville PA 19506

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/07/2022.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: LSF9 Master Participation Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165 | MCLP Asset Company, Inc.<br>c/o Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0675 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  04/10/22

Tim McGrath
**CLERK OF THE COURT**