| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 17-12592-PMM**

RACHAEL L. MOYER
125 PENN STREET
BERNVILLE  PA    19506

Petition Filed Date: 04/12/2017
341 Hearing Date: 06/13/2017
Confirmation Date: 11/09/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/28/2021 | $600.00 | | 05/26/2021 | $600.00 | | 08/18/2021 | $600.00 | |
| 08/23/2021 | $600.00 | | 09/07/2021 | $600.00 | | 10/29/2021 | $600.00 | |
| 12/02/2021 | $600.00 | | 01/04/2022 | $600.00 | | 02/01/2022 | $770.00 | |
| 03/17/2022 | $770.00 | | 04/29/2022 | $770.00 | | 06/08/2022 | $770.00 | |
| 07/15/2022 | $770.00 | | | | | | | |

**Total Receipts for the Period: $8,650.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $41,823.58**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 3 | ATLAS ACQUISITIONS LLC <br> »» 003 | Unsecured Creditors | $6,857.11 | $0.00 | $6,857.11 |
| 2 | BRANCH BANKING & TRUST CO <br> »» 002 | Mortgage Arrears | $464.33 | $354.77 | $109.56 |
| 4 | NEWREZ LLC  D/B/A <br> »» 004 | Mortgage Arrears | $40,362.83 | $31,206.30 | $9,156.53 |
| 1 | PA DEPARTMENT OF REVENUE <br> »» 01P | Priority Crediors | $807.97 | $807.97 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE <br> »» 01U | Unsecured Creditors | $48.75 | $0.00 | $48.75 |
| 5 | MENDELSOHN & MENDELSOHN PC <br> »» 005 | Attorney Fees | $3,375.00 | $3,375.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,250.00 | $1,250.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,300.00 | $1,300.00 | $0.00 |

**Chapter 13 Case No. 17-12592-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $41,823.58 | Current Monthly Payment: | $768.05 |
| Paid to Claims: | $38,294.04 | Arrearages: | $2,074.35 |
| Paid to Trustee: | $3,529.54 | Total Plan Base: | $60,026.98 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.