UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Rachael L. Moyer | Chapter 13 |
| Debtors | Bankruptcy No. 17-12592-pmm |

## ORDER

AND NOW, upon consideration of the Proof of Claim No. 3 filed by Atlas Acquisitions, LLC Assignee of M&T Bank, and the Objection thereto filed by Debtor, and after a Hearing thereon, the Objection is sustained, and the Proof of Claim of Atlas Acquisitions, LLC, Assignee of M&T Bank is disallowed In its entirety.

**Date: June 15, 2023**

BY THE COURT

*Patricia M. Mayer*
_____

Patricia M. Mayer

United States Bankruptcy Judge