United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-12592-pmm |
| Rachael L. Moyer | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 15, 2023 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rachael L. Moyer, 125 Penn Street, Bernville, PA 19506-9510 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bankruptcy@bbandt.com | Jun 16 2023 00:52:00 | BB&T, Bankruptcy Section, PO Box 1847, Wilson, NC 27894-1847 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 16 2023 00:52:00 | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 13919330 | | Email/Text: bnc@atlasacq.com | Jun 16 2023 00:51:00 | Atlas Acquisitions LLC, 492C Cedar Lane ste 442, Teaneck, NJ 07666 |
| 13941415 | | Email/Text: bnc@atlasacq.com | Jun 16 2023 00:51:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MCLP Asset Company Inc c/o Shellpoint Mortgage Ser |
| cr | | U.S. Bank TrustNational Association, not in its in |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 15, 2023 | Form ID: pdf900 | Total Noticed: 5 |

Date: Jun 17, 2023            Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2023 at the address(es) listed below:**

**Name**      **Email Address**

ADAM BRADLEY HALL
     on behalf of Creditor LSF9 Master Participation Trust amps@manleydeas.com

ANDREW L. SPIVACK
     on behalf of Creditor LSF9 Master Participation Trust andrew.spivack@brockandscott.com  wbecf@brockandscott.com

BRENNA HOPE MENDELSOHN
     on behalf of Debtor Rachael L. Moyer tobykmendelsohn@comcast.net

BRIAN CRAIG NICHOLAS
     on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
     on behalf of Creditor LSF9 Master Participation Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

BRIAN THOMAS LANGFORD
     on behalf of Creditor LSF9 Master Participation Trust PitEcf@weltman.com

JEROME B. BLANK
     on behalf of Creditor LSF9 Master Participation Trust jblank@pincuslaw.com  brausch@pincuslaw.com

KEVIN M. BUTTERY
     on behalf of Creditor LSF9 Master Participation Trust cdigianantonio@rascrane.com

LISA MARIE CIOTTI
     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

MARIO J. HANYON
     on behalf of Creditor LSF9 Master Participation Trust wbecf@brockandscott.com  mario.hanyon@brockandscott.com

NATHALIE PAUL
     on behalf of Creditor LSF9 Master Participation Trust npaul@weltman.com  pitecf@weltman.com

ROLANDO RAMOS-CARDONA
     on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT DAVID FINK
     on behalf of Creditor Jared Galleria of Jewelry sfink@weltman.com

SCOTT F. WATERMAN [Chapter 13]
     ECFMail@ReadingCh13.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 15

UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Rachael L. Moyer					Chapter 13

    Debtors					Bankruptcy No. 17-12592-pmm

### ORDER

    AND NOW, upon consideration of the Proof of Claim No. 3 filed by Atlas Acquisitions, LLC Assignee of M&T Bank, and the Objection thereto filed by Debtor, and after a Hearing thereon, the Objection is sustained, and the Proof of Claim of Atlas Acquisitions, LLC, Assignee of M&T Bank is disallowed In its entirety.

BY THE COURT

*Patricia M. Mayer*
_____

**Date: June 15, 2023**

Patricia M. Mayer

United States Bankruptcy Judge