| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 17-12592-PMM

| | |
|---|---|
| RACHAEL L. MOYER | Petition Filed Date: 04/12/2017 |
| 125 PENN STREET | 341 Hearing Date: 06/13/2017 |
| BERNVILLE  PA   19506 | Confirmation Date: 11/09/2017 |

Case Status: Completed on 7/20/2023

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $770.00 | | 09/29/2022 | $770.00 | | 11/16/2022 | $770.00 | |
| 11/28/2022 | $1,050.00 | | 12/19/2022 | $500.00 | | 01/30/2023 | $1,400.00 | |
| 02/01/2023 | $1,423.00 | | 02/21/2023 | $800.00 | | 03/16/2023 | $800.00 | |
| 04/26/2023 | $800.00 | | 06/08/2023 | $800.00 | | 07/20/2023 | $768.05 | |

**Total Receipts for the Period: $10,651.05   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $52,474.63**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 3 | ATLAS ACQUISITIONS LLC<br>»» 003 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | BRANCH BANKING & TRUST CO<br>»» 002 | Mortgage Arrears | $464.33 | $464.33 | $0.00 |
| 4 | NEWREZ LLC  D/B/A<br>»» 004 | Mortgage Arrears | $40,362.83 | $40,362.83 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $807.97 | $807.97 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $48.75 | $48.75 | $0.00 |
| 5 | MENDELSOHN & MENDELSOHN PC<br>»» 005 | Attorney Fees | $3,375.00 | $3,375.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,250.00 | $1,250.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,300.00 | $1,300.00 | $0.00 |

**Chapter 13 Case No. 17-12592-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $52,474.63 | Current Monthly Payment: | $768.05 |
| Paid to Claims: | $47,608.88 | Arrearages: | $0.00 |
| Paid to Trustee: | $4,405.30 | Total Plan Base: | $60,026.98 |
| Funds on Hand: | $460.45 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.