Certificate Number: 20102-PAE-DE-037690372

Bankruptcy Case Number: 17-12592



20102-PAE-DE-037690372

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 18, 2023</u>, at <u>9:48</u> o'clock <u>AM EDT</u>, <u>Rachael Moyer</u> completed a course on personal financial management given <u>by internet</u> by <u>1stopbk.com Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>August 18, 2023</u>            By:   <u>/s/Marcy Walter</u>

 

Name:  <u>Marcy Walter</u>

 

Title:  <u>President-Manager</u>