United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-12592-pmm
Rachael L. Moyer  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 2
Date Rcvd: Aug 18, 2023 | Form ID: 234 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2023:**

**Recip ID**     **Recipient Name and Address**
db      + Rachael L. Moyer, 125 Penn Street, Bernville, PA 19506-9510

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2023 at the address(es) listed below:

**Name**      **Email Address**

ADAM BRADLEY HALL
     on behalf of Creditor LSF9 Master Participation Trust amps@manleydeas.com

ANDREW L. SPIVACK
     on behalf of Creditor LSF9 Master Participation Trust andrew.spivack@brockandscott.com wbecf@brockandscott.com

BRENNA HOPE MENDELSOHN
     on behalf of Debtor Rachael L. Moyer tobykmendelsohn@comcast.net

BRIAN CRAIG NICHOLAS
     on behalf of Creditor LSF9 Master Participation Trust bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
     on behalf of Creditor SELECT PORTFOLIO SERVICING INC. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN THOMAS LANGFORD
     on behalf of Creditor LSF9 Master Participation Trust PitEcf@weltman.com

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 18, 2023 | Form ID: 234 | Total Noticed: 1 |

JEROME B. BLANK
    on behalf of Creditor LSF9 Master Participation Trust jblank@pincuslaw.com  mmorris@pincuslaw.com

KEVIN M. BUTTERY
    on behalf of Creditor LSF9 Master Participation Trust cdigianantonio@rascrane.com

LISA MARIE CIOTTI
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

MARIO J. HANYON
    on behalf of Creditor LSF9 Master Participation Trust wbecf@brockandscott.com  mario.hanyon@brockandscott.com

NATHALIE PAUL
    on behalf of Creditor LSF9 Master Participation Trust npaul@weltman.com  pitecf@weltman.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT DAVID FINK
    on behalf of Creditor Jared Galleria of Jewelry sfink@weltman.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 15

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Rachael L. Moyer
        Debtor(s)                          Case No:17−12592−pmm
                                                          Chapter: 13

_____

### NOTICE OF TERMINATION OF WAGE ORDER

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

                                                                             For The Court


                                                                             Timothy McGrath,
                                                                             Clerk of Court

Date: 8/18/23