United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-12592-pmm
Rachael L. Moyer  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 3
Date Rcvd: Aug 21, 2023 | Form ID: 138OBJ | Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rachael L. Moyer, 125 Penn Street, Bernville, PA 19506-9510 |
| 14571920 | + | Caliber Home Loans, Inc., c/o Andrew Spivack, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 13900544 | + | Caliber Loan Servicing, PO Box 270415, Oklahoma City, OK 73137-0415 |
| 14666105 | + | Jared Galleria of Jewelry, Weltman Weinberg and Reis Co.,L.P.A, 965 Keynote Circle, Cleveland OH 44131-1829 |
| 14572360 | + | LSF9 Master Participator Trust, c/o Andrew Spivack, Esq., 302 Fellowship Road, Suite 130, Mount Laurel NJ 08054-1218 |
| 13992327 | + | Mendelsohn & Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 21 2023 23:52:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 21 2023 23:53:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13941415 | | Email/Text: bnc@atlasacq.com | Aug 21 2023 23:52:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 13919330 | | Email/Text: bnc@atlasacq.com | Aug 21 2023 23:52:00 | Atlas Acquisitions LLC, 492C Cedar Lane ste 442, Teaneck, NJ 07666 |
| 13900541 | + | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Aug 21 2023 23:53:00 | Asset Acceptance Corp., P.O. Box 2036, Warren, MI 48090-2036 |
| 13926635 | | Email/Text: bankruptcy@bbandt.com | Aug 21 2023 23:52:00 | BB&T, PO BOX 1847, WILSON, NC 27894-1847 |
| 13900543 | | Email/Text: bankruptcy@bbandt.com | Aug 21 2023 23:52:00 | BB&T Bank, PO Box 632, Whiteville, NC 28472 |
| 13900542 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 21 2023 23:52:00 | Bank of America, 1825 E. Buckeye Rd., Phoenix, AZ 85034-4216 |
| 14571921 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Aug 21 2023 23:53:00 | Caliber Home Loans, Inc., 16745 W. Bernardo Dr. Suite 300, San Diego, California 92127-1908 |
| 14608893 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 21 2023 23:53:00 | LSF9 Master Participation Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14605548 | ^ | MEBN | Aug 21 2023 23:48:22 | LSF9 Master Participation Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14550302 | | Email/Text: amps@manleydeas.com | Aug 21 2023 23:52:00 | LSF9 Master Participation Trust, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 13981670 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Aug 21 2023 23:53:00 | LSF9 Master Participation Trust, Caliber Home |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 3 |
| Date Rcvd: Aug 21, 2023 | Form ID: 138OBJ | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| | | | | Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14682466 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 21 2023 23:52:00 | MCLP Asset Company, Inc., c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 13900545 | + | Email/Text: bankruptcy@oliphantfinancial.com | Aug 21 2023 23:53:00 | Oliphant Financial, LLC, PO Box 2899, Sarasota, FL 34230-2899 |
| 13903625 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 21 2023 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13992328 | *+ | Mendelsohn & Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14502378 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14565934 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2023         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor LSF9 Master Participation Trust amps@manleydeas.com |
| ANDREW L. SPIVACK | on behalf of Creditor LSF9 Master Participation Trust andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Rachael L. Moyer tobykmendelsohn@comcast.net |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor SELECT PORTFOLIO SERVICING INC. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LSF9 Master Participation Trust bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN THOMAS LANGFORD | on behalf of Creditor LSF9 Master Participation Trust PitEcf@weltman.com |
| JEROME B. BLANK | on behalf of Creditor LSF9 Master Participation Trust jblank@pincuslaw.com mmorris@pincuslaw.com |
| KEVIN M. BUTTERY | |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 21, 2023 | Form ID: 138OBJ | Total Noticed: 22 |

    on behalf of Creditor LSF9 Master Participation Trust cdigianantonio@rascrane.com

LISA MARIE CIOTTI
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com

MARIO J. HANYON
    on behalf of Creditor LSF9 Master Participation Trust wbecf@brockandscott.com mario.hanyon@brockandscott.com

NATHALIE PAUL
    on behalf of Creditor LSF9 Master Participation Trust npaul@weltman.com pitecf@weltman.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT DAVID FINK
    on behalf of Creditor Jared Galleria of Jewelry sfink@weltman.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Rachael L. Moyer
      Debtor(s)

Case No: 17−12592−pmm
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/21/23