United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 17-12592-pmm

Rachael L. Moyer                                                                          Chapter 13

         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                                 Page 1 of 2

Date Rcvd: Sep 13, 2023                       Form ID: 138FIN                              Total Noticed: 3

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Rachael L. Moyer, 125 Penn Street, Bernville, PA 19506-9510 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Sep 13 2023 23:47:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 13 2023 23:48:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2023                    Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2023 at the address(es) listed
below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | |
| | on behalf of Creditor LSF9 Master Participation Trust amps@manleydeas.com |
| ANDREW L. SPIVACK | |
| | on behalf of Creditor LSF9 Master Participation Trust andrew.spivack@brockandscott.com  wbecf@brockandscott.com |

District/off: 0313-4       User: admin       Page 2 of 2

Date Rcvd: Sep 13, 2023       Form ID: 138FIN       Total Noticed: 3

BRENNA HOPE MENDELSOHN
> on behalf of Debtor Rachael L. Moyer tobykmendelsohn@comcast.net

BRIAN CRAIG NICHOLAS
> on behalf of Creditor LSF9 Master Participation Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
> on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN THOMAS LANGFORD
> on behalf of Creditor LSF9 Master Participation Trust PitEcf@weltman.com

JEROME B. BLANK
> on behalf of Creditor LSF9 Master Participation Trust jblank@pincuslaw.com  mmorris@pincuslaw.com

KEVIN M. BUTTERY
> on behalf of Creditor LSF9 Master Participation Trust cdigianantonio@rascrane.com

LISA MARIE CIOTTI
> on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

MARIO J. HANYON
> on behalf of Creditor LSF9 Master Participation Trust wbecf@brockandscott.com  mario.hanyon@brockandscott.com

NATHALIE PAUL
> on behalf of Creditor LSF9 Master Participation Trust npaul@weltman.com  pitecf@weltman.com

ROLANDO RAMOS-CARDONA
> on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT DAVID FINK
> on behalf of Creditor Jared Galleria of Jewelry sfink@weltman.com

SCOTT F. WATERMAN [Chapter 13]
> ECFMail@ReadingCh13.com

United States Trustee
> USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 15

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Rachael L. Moyer

          Debtor(s)

Case No: 17−12592−pmm

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/13/23